UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FERNANDO LIMON III, On Behalf of Himself and All Others Similarly Situated<br><br>PLAINTIFFS<br><br>v.<br><br>TIMEKEEPERS INC., TIER ONE SECURITY, INC.<br><br>DEFENDANTS | § § § § § § § § § § § § | CIVIL ACTION NO. 5:15-cv-00143-RP |

**STIPULATION OF DISMISSAL**

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Federal Rule of civil Procedure 41(a)(1)(ii), Plaintiff Fernando Limon III and Defendants Timekeepers, Inc. and Tier One Security, Inc. voluntarily stipulate to the dismissal of all claims asserted in this case. The parties further stipulate that this dismissal is with prejudice to refiling in the future.

Respectfully submitted,

Carlos A. Solis
Attorney at Law
310 S. St. Mary's St., Suite 2600
San Antonio, Texas
Telephone: (210) 446-5000
Facsimile (210) 446-5001

BY /s/ Carlos A. Solis
Carlos A. Solis
State Bar No. 24060636
csolis@solis-law.com

HOLLAND & HOLLAND, L.L.C.
North Frost Center
1250 N.E. Loop 410, Ste. 808
San Antonio, Texas  78209
Telephone:  (210) 824-8282
Facsimile:  (210) 824-8585

BY _____*/s/ Michael L. Holland*_____
       Michael L. Holland
       State Bar No. 09850750

David W. Navarro
Hornberger, Fuller & Garza, Inc.
The Quarry Heights Building
7373 Broadway, Suite 300
San Antonio, Texas 78209
Telephone:  (210) 271-1700
Facsimile:   (210)  271-1740
State Bar No. 24027683

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FERNANDO LIMON III, On Behalf of Himself and All Others Similarly Situated<br><br>PLAINTIFFS<br><br>v.<br><br>TIMEKEEPERS INC., TIER ONE SECURITY, INC.<br><br>DEFENDANTS | § § § § § § § § § § § | CIVIL ACTION NO. 5:15-cv-00143-RP |

**ORDER OF DISMISSAL**

On this day the Court considered the parties' Stipulation of Dismissal. After considering the Stipulation, the Court is of the opinion that it should be GRANTED and the case dismissed with prejudice. Accordingly, it is hereby

ORDERED and ADJUDGED that the above-captioned matter is DISMISSED WITH PREJUDICE, and each party shall bear its own costs.

SIGNED and ENTERED on the _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE